Christopher C.A. Clack
PLAINTIFF/PETITIONER/MOVANT'S NAME

F-98816, MI-01-059L
PRISON NUMBER

Calipatria State Prison
PLACE OF CONFINEMENT

P.O. Box 5008
ADDRESS

FILED

2008 MAY 19 PM 3: 17

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# United States District Court
## Southern District Of California

Clack, Christopher,
         Plaintiff/Petitioner/Movant

v.

San Diego County Sheriff's Department,
         Defendant/Respondent

Civil No. 08-0624 IEG (RBB)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Christopher Charles Alexander Clack,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration  Calipatria State Prison
   Are you employed at the institution?        ☒ Yes ☐ No
   Do you receive any payment from the institution?  ☒ Yes ☐ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant Christopher Charles Alexander Clack,
(NAME OF INMATE)

F-98816,
(INMATE'S CDC NUMBER)

has the sum of $ ___0___ on account to his/her credit at _____

Calipatria State Prison
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___0___

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $ 6.00,

and the *average monthly deposits* to the applicant's account was $ 6.00.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

5-13-2008
DATE

M. J. Pope  CCI
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

M. D. POPE
OFFICER'S FULL NAME (PRINTED)

CORRECTIONAL COUNSELOR I
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)     -4-     K:\COMMON\FORMS\CIV-67

```
REPORT ID: TS3030  .701                              REPORT DATE: 02/29/08
                                                     PAGE NO:      1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         R.J.DONOVAN CORR. FACILITY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

               FOR THE PERIOD: FEB. 01, 2008 THRU FEB. 29, 2008

ACCOUNT NUMBER : F98816                  BED/CELL NUMBER: F41900000000229U
ACCOUNT NAME   : CLACK, CHRISTOPHER CHARLESA    ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                            TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
-----  ----  -------------  ---------  ---------  --------  -----------  -------

02/01/2008   BEGINNING BALANCE                                              0.20

02/14*DD30 CASH DEPOSIT    4235/HU                  13.50                  13.70
02/15 W501 SHIPPING CHAR   4283/UPS                              3.40      10.30
02/19 FC04 DRAW-FAC 4      4293/F43RD                            8.00       2.30
02/21*W515 COPY CHARGE     4350/FEB08                            0.80       1.50
02/21 W515 COPY CHARGE     4350/JAN08                            1.30       0.20
02/21 W515 COPY CHARGE     4350/FEB08                            0.20       0.00
02/25*DD30 CASH DEPOSIT    4397/POBOX               22.50                  22.50
02/25 W515 COPY CHARGE     4419/FEB08                            0.20      22.30
02/26 W512 LEGAL POSTAGE   4439/FEB08                            0.80      21.50


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 12/14/07                     CASE NUMBER: *SCD201867
COUNTY CODE: *SD                             FINE AMOUNT: $    162.00

   DATE      TRANS.   DESCRIPTION                 TRANS. AMT.    BALANCE
--------    ------   ------------------------     -----------    -------

02/01/2008           BEGINNING BALANCE                            162.00

02/14/08    DR30     REST DED-CASH DEPOSIT           15.00-       147.00
02/25/08    DR30     REST DED-CASH DEPOSIT           25.00-       122.00

   * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
   * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                            TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
    BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
   ---------    --------   -----------    -------     -------     ------------
      0.20        36.00       14.70        21.50        0.00          0.00

                                                         CURRENT
                                                        AVAILABLE
                                                         BALANCE
                                                       -----------
```

**STATE OF CALIFORNIA**
**INMATE WORK SUPERVISOR'S TIME LOG**
CDC 1697 (5/92)

**DEPARTMENT OF CORRECTIONS**
DISTRIBUTION:
WHITE - WORK SUPERVISOR
YELLOW - INMATE

| CDC NUMBER | INMATE'S NAME | ETHNICITY | MONTH | YEAR |
|---|---|---|---|---|
| E98816 | CLACK, C | BLK | APRIL ~~MARCH~~ | 2008 |

| JOB TITLE | POSITION NUMBER | PAY RATE (HOURLY) | REGULAR DAYS OFF | HOURS OF ASSIGNMENT | TIME CARD NUMBER |
|---|---|---|---|---|---|
| PROGRAM/LERA | CLK-M 6201 | .19 | S/SU | 0630/1130/1200/1400 | |

| SUPERVISOR'S NAME | TITLE | SUPERVISOR'S SIGNATURE | DATE INITIATED |
|---|---|---|---|
| CRUZ | I/O | (signed) | 4-1-08 |

| DAY | | TIME IN | TIME OUT | TIME IN | TIME OUT | TOTAL HOURS | TYPE OF TIME | MIN MET | TIME KEEPER'S SIGNATURE | DAY | | TIME IN | TIME OUT | TIME IN | TIME OUT | TOTAL HOURS | TYPE OF TIME | MIN MET | TIME KEEPER'S SIGNATURE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 17 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 2 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 18 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 3 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 19 | RDO[X] | | | | | | R | Y | e |
| 4 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 20 | RDO[X] | | | | | | R | Y | e |
| 5 | RDO[X] | | | | | | R | Y | e | 21 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 6 | RDO[X] | | | | | | R | Y | e | 22 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 7 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 23 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 8 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 24 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 9 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 25 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 10 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 26 | RDO[X] | | | | | | | | |
| 11 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 27 | RDO[X] | | | | | | | | |
| 12 | RDO[X] | | | | | | R | Y | e | 28 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 13 | RDO[X] | | | | | | R | Y | e | 29 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 14 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 30 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e |
| 15 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | 31 | | | | | | | | | |
| 16 | | 0630 | 1130 | 1200 | 1400 | 7 | X | Y | e | | | | | | | | | | |

| TOTAL DAYS MINIMUM MET | TOTAL X HOURS WORKED | X PAY RATE | - TOTAL PAY |
|---|---|---|---|
| 30 | 154 | .19 | 29.26 |

ENTER DATE(S) AND REASON(S) IF EXCEPTIONAL TIME (A, E, AND / OR S) USED:

| TRANSFERRED IN (DATE) | DMS # | TRANSFERRED OUT (DATE) | DMS # |
|---|---|---|---|
| 3-26-08 | | | |