UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHARLES ALEXANDER CLACK, <br><br> Plaintiff, <br><br> v. <br><br> SAN DIEGO SHERIFFS DEPARTMENT; DEPUTY LATIMER #3275; DEPUTY HOENIG #2840, <br><br> Defendants. | Civil No. 08cv0624 IEG (RBB) <br><br> NOTICE AND ORDER FOR TELEPHONIC CASE MANAGEMENT CONFERENCE |

IT IS HEREBY ORDERED that a telephonic Case Management Conference of your case will be held on September 19, 2008, at 8:30 a.m., in the Chambers of Ruben B. Brooks, United States Magistrate Judge, Room 1185, U.S. Courthouse, 940 Front Street, San Diego, California.

Counsel for Defendants shall be responsible for making all arrangements in advance for Plaintiff to appear telephonically. All conference discussions will be informal, off the record, privileged and confidential.

```
 1        Questions regarding this case may be directed to the
 2   Magistrate Judge's law clerk at (619) 557-3404.
 3
 4   Dated: August 18, 2008              /s/ Ruben Brooks
                                         RUBEN B. BROOKS
 5                                       United States Magistrate Judge
 6   cc:  Judge Gonzalez
          All Parties of Record
```