```
                                                          FILED
                                                     2008 SEP 12  AM 9: 41
                                                    CLERK US DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA

                                                  BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT

**NUNC PRO TUNC**
**SEP - 5 2008**

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CHARLES ALEXANDER CLACK,<br><br>        Plaintiff,<br><br>vs.<br><br>SAN DIEGO SHERIFFS DEPARTMENT;<br>DEPUTY LATIMER # 3275;<br>DEPUTY HOENIG # 2840.<br><br>        Defendants. | Civil No. 08cv0624 IEG (RBB)<br><br>RESPONSE TO:<br>NOTICE AND ORDER FOR<br>TELEPHONIC CASE MANAGEMENT<br>CONFERENCE |

    As requested, Counsel for the Plaintiff now comes seeking arrangements in advance for telephonic privileged conference. Let it be known, Counsel for the Plaintiff has made several attempts to contact the Magistrate Judge's law clerk at (619) 557-3404. Every phone call made this far has been rejected by the law clerk. Counsel for the Plaintiff is currently incarcerated in Calipatria State Prison and is therefore only entitled to collect calls. If the Magistrate Judge's law clerk has been instructed to deny collect calls then the telephonic privileged conference is hereby made impossible by rule of the court. If telephonic privileged conference is still the request of Court, the Court needs to make this request possible by accepting collect calls. Counsel for the Plaintiff is identified by the collect calling service as "Christopher Clack Plaintiff", therefore the court should have no problem identifying Counsel

for the plaintiff. Counsel for the Plaintiff will continue to call the Courts law clerk with the intention of arranging a telephonic conference.

Dated: September 3, 2008

Christopher C.A. Clack
Counsel for the Plaintiff

cc: Judge Gonzalez
    Magistrate Ruben B. Brooks
    All Parties of Record